**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**LINDA DEDEAUX**

**VERSUS**

**ZURICH AMERICAN INS. CO.**

**CIVIL ACTION**

**NO. 07-599-C-M2**

# **ORDER**

Considering that the Court has been informed that this case has settled;

**IT IS ORDERED** that the show cause hearing scheduled for Thursday, January 24, 2008, is hereby **CANCELLED**.

Signed in chambers in Baton Rouge, Louisiana, January 11, 2008.

_____

**MAGISTRATE JUDGE CHRISTINE NOLAND**